B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas - Austin

In re **DH Orchard Limited**  
Debtor(s)

Case No. **09-12154-CAG**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bexar County Tax Assessor<br>P.O. Box 839950<br>San Antonio, TX 78283 | Bexar County Tax Assessor<br>P.O. Box 839950<br>San Antonio, TX 78283 | Estimated real property taxes | | 6,100.00<br><br>(0.00 secured) |
| Adams & Polunsky<br>8000 IH 10 West, Suite 1145<br>San Antonio, TX 78230 | Adams & Polunsky<br>8000 IH 10 West, Suite 1145<br>San Antonio, TX 78230 | Tax consulting | | 2,500.00 |
| Pape-Dawson Engineering<br>555 E. Ramsey<br>San Antonio, TX 78216 | Pape-Dawson Engineering<br>555 E. Ramsey<br>San Antonio, TX 78216 | Engineering services | | 2,227.73 |
| Jackson Walker<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701 | Jackson Walker<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701 | Legal services | | 66.00 |
| Blackhawk Development, LLC<br>6836 Bee Caves Road, Suite 202<br>Austin, TX 78746 | Blackhawk Development, LLC<br>6836 Bee Caves Road, Suite 202<br>Austin, TX 78746 | Management fees | | Unknown |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the LLC, Manager of Orchard Limited GP, LLC, General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 25, 2009**   Signature **/s/ Matthew Q. Hainline, Managing Member of Blackhawk Partners**
**Matthew Q. Hainline, Managing Member of Blackhawk Partners**
**LLC, Manager of Orchard Limited GP, LLC, General Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.