# ORCHARD

**San Antonio ETJ**
**Bexar County, Texas**
**NWC US Hwy 90 & State Highway 211**

**564.8 Acres**
**Development Ready**
- Retail
- Office
- Hotel
- Multi-family
- Entertainment

**All Utilities Available**
**No Zoning**

Contact:
**BLACKHAWK**
Jason Lindstrom
512-617-6363
jason@blackhawk-development.com
5918 Bee Caves Rd, Ste 202
Austin, TX 78746

EXHIBIT B





Nonfarm Employment Growth Rate for United States and Texas, 2006-2008

Sources: Texas Workforce Commission and Real Estate Center at Texas A&M University

# TEXAS

- Texas is a great example of a state that amidst nationwide economic woes, has managed to outperform not only the nation but the majority of states. Texas employment grew by 221,700 jobs over the past 12 months, a 2.1% increase. The United States recorded 1.9 million job losses during that same period for a negative annual job growth rate of 1.4%. (Source)

- The state of Texas is probably the best place in the nation to ride out the recession of 2008-2105. We're having a slowdown here, but it's nothing like the rest of the country.

- Texas' seasonally adjusted unemployment rate was 4.4% in Q1'09 compared to the U.S. seasonally adjusted unemployment rate of 8.1% in the same quarter.

- Texas has 11 of the top 25 U.S. Job Growth Markets for Q1'09, with 3 being in the Top 5 (Houston #1, Dallas/FW #2, and San Antonio #5). (Source)

- Ranked the #1 State for Business in the U.S. in July 2008, 1.2 million jobs were created in Texas over the past 5 years. In the last year alone, more than 50% of all jobs created in the U.S. were in Texas. (Nov 2008)

- Four Texas cities named in the 10 Most Recession-proof Cities in the U.S. list: San Antonio #2, Austin #3, Houston #7 and Dallas #10. (Source)

- Nation's leading executives ranked Texas the best state to do business in for third straight year, applauding it for controlling taxes and spending, as well as for its positive regulatory burden, quality of life and infrastructure. (Source)

- Texas dominated Forbes' Best Cities for Jobs in 2008 list, with 5 cities in the top 20. Austin, Fort Worth, Houston, San Antonio and Dallas ranked high among economists' forecast for the best cities to work in the U.S. in 2008. (Source)

- Texas is one of just seven states (and the only one of the ten most populous states) that saw a decrease in foreclosure activity in the year ending in April 2009. Over that period, foreclosure filings across the nation rose by nearly 65%. (Source)

- In fiscal 2008, Texas' gross state product grew by 4.2 percent versus 1.9 percent for the national economy. (Source)

# SAN ANTONIO

The city's outstanding economic development is used in part to its global transportation system providing shipping and transportation of goods. It is also home to one of the largest military concentrations in the U.S. The defense industry creates a $13 Billion impact to the city's economy and employs over 89,000. The tourism industry supplies 26 million tourists to San Antonio annually, making it the top tourist destination in Texas. Tourism creates an $8.7 billion impact to the local economy. *(source: City of San Antonio website)*

- 7/1/07 pop. 1,328,984 (up 2.2% from 07/06). Surpassing Dallas as 2nd largest city in TX and San Diego as 7th largest city in U.S. *(source: census.gov)*

- Ranked #2 most recession proof city in U.S. by Forbes Magazine *(forbes.com)*

- Ranked 5th lowest in foreclosures as % index out of 50 largest MSA's in U.S. *(foreclosures.com, June 2008)*

- Rated #3 out of Austin's Top 10 best long-term real estate markets *(Forbes - October 2008)*

- Voted #5 out of America's Top 10 best long-term real estate markets. *(source: Forbes - October 2008)*

- Unemployment rate of 4.2% in Q1'08 Texas: 6.4%, Nation: 8.1%.

- San Antonio, Dallas and Houston were the least likely large MSA's in the U.S. to experience lower home prices in the next two years. *(PMI Group, Summer 2008)*

- Regional leader in attracting corporations such as Microsoft, Valero, and Clear Channel, and major national offices like Western, Citicorp, Chase and Toyota. Major tourist attractions include the Downtown River Walk, Alamo, Six Flags and Sea World. (12Mn visitors a year)

- Retail segment data were up 1.5% in Q1'08 and posted a 9.51% increase from 2007. Retail vacancy increased to 7.5% in Q1'08. Luxury activity generated nearly 106,000 sq.ft. of net absorption in Q1'08. Office vacancies fell to 13.6% the highest in years of positive absorption.



Employment Growth in San Antonio Far Ahead of the U.S.



# WEST SAN ANTONIO

San Antonio's west side area is often referred to as "the Donut Hole" by local developers and real estate brokers. The "Donut Hole" is bounded to the north by the Culebra Road corridor, east of 1604, south by its US 90 corridor and west along the Bexar County line.

This area is experiencing the highest growth activity in the city and is comprised of commercial, retail and residential development. The area is called the "Donut Hole" because it is an area of mostly developable land which is largely surrounded by areas which are in already public or unavailable for a variety of reasons such as access to utilities, environmental issues, congestion or geological factors. The Property is located within the "Donut Hole".

Surging population and job base in the SATX market continues moving west from inside Loop 1604 to outside Loop 1604 as the inside reaches full absorption. Strong demand for corporate and regional business sites, housing supply and retail growth continues. The Westover Hills area and the Texas Research Park are the current focus of several large firms looking to site. In October 2013, the U.S. Homeland Security will choose a site for its new Age Defense Facility. The Texas Research Park on the short list.

- Area pop. of 147,000 is projected to increase to over 200,000 by 2018 (e.5%+ growth) *(source: ...)*
- 86,357 of the existing residential units are planned in the "Donut Hole". Based on an average household size of 2.8 persons there will be an increase in population of over 240,000 by build out – equivalent to Orlando, FL or Newark, NJ *(source: ...)*
- Average household income: $73,995 *(source: ...)*
- The west San Antonio submarket (outside Loop 1604) represented 75% of total new home sale closings for the entire San Antonio SMA *(source: ...)*
- The west sub market is home to 15 out of the Top 25 performing subdivisions in San Antonio and the Top 6 on the list, based on new home starts and closings *(source: ...)*
- The #2 top-selling subdivision in all of San Antonio (Redbird Ranch) is located at the NW intersection of SH 211 or Potranco Road 1.5 mile north of the Site *(source: ...)*



Donut Hole Home Sales as Share of San Antonio Market

※ Since Donut Hole was first identified in June 2003, its market share of the overall San Antonio market has grown by 635%.



**WEST SAN ANTONIO**

North















# O R C H A R D

DONUT HOLE
Site Vicinity Map
North
86,587 New Housing Starts Planned
SITE
LEGEND
Subd. Sales Rank/ Total # SATX Subd.
Cluster Rank/ Sales % in SATX
State Highway Expansions
Approximate Units in Subd.
Current Projects
SA City Limits
SA ETJ
Bexar County Limits
Streams
FEMA 100 Yr Floodplain
Estimated Avg Daily Traffic
SALES: DONUT HOLE, TEXAS
QVC
Alamo Ranch

## Introduction to the Site

The Site is comprised of 564.8 acres located at the northwest corner of US Highway 90 and SH 211, Bexar County, Texas within the City of San Antonio's extra territorial jurisdiction (ETJ). The Site is located 2.5 miles west of the city limits and 4 miles west Loop 1604 (Anderson Loop). Loop 1604 is a 4-lane thoroughfare looping the city. The Site's intersection provides direct access to San Antonio's downtown city center 18 miles east and Lackland Air Force Base (with 34,000 military and civilian employment according to The Greater San Antonio Chamber of Commerce Military Affairs Committee), just 7 miles east. The Site allows for a variety of development opportunities including retail, office, hotel, multi-family and entertainment. 3.5 miles north of the Site's at Potranco Road and SH 211 is the planned and approved extension of SH 211 which will connect it from Potranco up to Culebra Road and then continuing north to SH 16.

# TRANSPORTATION

## SAN ANTONIO TRAFFIC PLAN

The San Antonio metropolitan area is fortunate to have one of the most comprehensive urban freeway systems in North America. Bexar County has the second largest system of state highways in the nation. A recent study ranked these highways as the 18th most utilized among the largest US urbanized areas.

## STATE HIGHWAY 211

SH 211 in its two-lane configuration is currently complete from Culebra Road to State Highway 16 and complete from US 90 north to Potranco Road, providing direct access to Texas Research Park, Chevron's campus, and the proposed Dept. of Homeland Security's Bio and Agro Defense facility within the Texas Research Park.

In 2007, Bexar County established the Westside 211 Special Improvement District as a funding mechanism for construction of the 7-mile extension of SH 211 from Potranco Road north to Culebra Road, as well as the widening and improvement of Potranco Road. The extension will provide a westerly connector between Alamo Ranch and surrounding residential areas to US 90 and SH 16.

**Legend:**
- City of San Antonio
- Limited Purpose Annexation
- Extraterritorial Jurisdiction Line
- Adjacent Counties
- Primary Arterial Type A 120'
- Primary Arterial Type B 70' - 120'
- Secondary Arterial Type A 86'
- Secondary Arterial Type B 70' - 86'
- Super Arterial Type A 200' - 250'
- Recharge Zone
- Proposed Master Development Plan
- Master Development Plan (MDP)
- Property Site
- Existing SH 211 and planned extension
- Super Arterial Type B 200' - 250'
- Freeway 250' - 500'
- Enhanced Secondary Arterial 120' - 142'
- Rural Roadway 120'

Base Maps provided by City of San Antonio Enterprise GIS, Bexar Metro 911, Bexar Appraisal District and Bexar Commercial Group

**ORCHARD**



## Disclaimer

The information and any statistical data contained herein have been obtained from various sources deemed reliable for presentation purposes only, but none of DH Orchard LP, its sponsors, general partners, or affiliates, partners, members or investors thereof represent that they are accurate or complete and they should not be relied upon as such. This information is provided solely for selected developers who have been prequalified to review materials relating to the property. This information is subject to errors and omissions. (Interested in this property, each party should independently verify any and all information. Any unauthorized reproduction of this information is strictly prohibited. This is neither a solicitation of an offer to buy any security)

For information contact:

**Jason Lindstrom**
**Director of Marketing**

Blackhawk Development

jason@bh-development.com

**512.617.6364**

BLACKHAWK DEVELOPMENT

6034 Bee Caves Road
Suite 202
Austin, Texas 78746
**512.617.6363**

# BLACKHAWK
### DEVELOPMENT



## DEVELOPMENT READY LAND AVAILABLE

- **Retail  • Office  • Residential  • Multi-Family**

Blackhawk Development focuses on acquiring land in the path of future commercial and residential growth, as well as developer take-out or partnerships on commercial or residential projects. In addition, we explore unconventional real estate or other investment opportunities and we operate on a national level with emphasis on growth markets in the Sun Belt states. We typically close our transactions using both institutional and retail capital.

For more information on this and other properties, visit our website at:
www.bhdevelopment.com