J. Michael Sutherland
  TX Bar No. 19524200
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, TX 75202
214-855-3000
214-855-1333 (Fax)

*Attorneys for Cumberland 90, Ltd.*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**In re:**

| | | |
|---|---|---|
| **DH ORCHARD LIMITED,** | § | **Case No. 09-12154-H4** |
| | § | |
| *Debtor.* | § | **Chapter 11** |
| | § | |

### MOTION OF CUMBERLAND 90, LTD. TO LIFT THE AUTOMATIC
### STAY OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION

### NOTICE

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN FIFTEEN (15) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE BANKRUPTCY COURT:

Cumberland 90, Ltd., by and through its undersigned counsel, files this Motion to Lift the Automatic Stay or, Alternatively, For Adequate Protection, and would respectfully show:

# I. BACKGROUND

1.      DH Orchard, Limited ("Debtor") filed this chapter 11 case on or about August 3, 2009 (the "Petition Date").

2.      In its bankruptcy papers, Debtor designated itself as a "single asset" estate. *See*, Petition, Dock. No. 1.

3.      Cumberland 90, Ltd. ("Movant") is secured creditor in this case, holding a deed of trust mortgage in and to Debtor's principal, if not sole, asset, which is the developmental real property described below.[1]

4.      The promissory note held by Movant and the deed of trust in favor of Movant, each as amended, are attached hereto as Exhibits "A" and "B," respectively.

5.      The subject collateral (the "Property") consists of approximately 564.8 acres of developmental real estate situated in Bexar County, Texas, more fully described in the deed of trust (Exhibit "B" hereto) and in the attachments thereto. The Property (with limited exceptions of no consequence to this Motion) is presently in a "raw" or undeveloped state.

6.      As of the Petition Date, Debtor was obligated to Movant in the total sum of approximately $32,940,784.87, which consisted of 32,546,964.71 in unpaid principal and approximately $393,820.16 in unpaid interest, attorneys' fees, and other charges.

7.      Debtor's obligations to Movant were in default prior to the Petition Date, such obligations had previously been accelerated pursuant to the applicable documents, and a foreclosure of the Property was pending on or about the Petition Date.

---

[1] As to the Debtor, the Movant is functionally the first lien holder on the property, as Movant's Note wraps around the preexisting lien of Doss, Ltd.

8. The ninetieth (90th) day following the Petition Date occurred on or about November 1, 2009.

## II. MOTION

9. Movant seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and, alternatively, § 362(d)(3)(as the statutorily required time periods have expired), so that Movant may proceed with a re-posting of the Property for foreclosure, to conduct a foreclosure of the Property, and to exercise other remedies, all as provided for pursuant to applicable law and/or in the controlling documents.

10. Alternatively, Movant is entitled to adequate protection. However, on information and belief, as set forth elsewhere herein, Debtor is unable to provide adequate protection, which further supports relief for cause pursuant to § 362(d)(1) and § 362(d)(3).

## III. ARGUMENT

11. "Cause" exists for relief pursuant to § 362(d)(1) because the Debtor is unable to effectuate any realistic reorganization, unable to provide adequate protection and, additionally, there are virtually no other creditors besides Movant.

12. Moreover, Debtor will be unable to file or confirm any realistic plan of reorganization or fund any requisite interest payments to the Movant, as required by § 362(d)(3).[2]

13. Without limitation, the plan of reorganization filed by the Debtor on or about November 2, 2009 is not reasonably susceptible to confirmation, is not realistic, does not have a reasonable possibility of being confirmed within a reasonable time, and does not pose any

---

[2] Movant reserves its rights to seek relief under 11 U.S.C. §362(d)(2) if and as appropriate; however, under the circumstances of this case, the expense to either or both sides of valuing the Property presently seems unwarranted.

obstacle to relief from the automatic stay. In light of the recent filing of this plan, Movant reserves the right to submit further briefing to demonstrate the non-confirmable nature of such plan.

## IV. RELIEF

**WHEREFORE**, Movant seeks relief so that it may proceed with a re-posting of the Property for foreclosure, to conduct a foreclosure of the Property, and to exercise other remedies, all as provided for pursuant to applicable law and/or in the controlling documents.

DATED: November 6, 2009.

Respectfully submitted,

*/s/ J. Michael Sutherland*
J. Michael Sutherland
TX Bar No. 19524200
**CARRINGTON, COLEMAN, SLOMAN**
**& BLUMENTHAL, L.L.P.**
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000
(214) 855-1333 (Fax)

*Attorneys for Cumberland 90, Ltd.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he discussed the relief requested in this Motion with Lynn Butler, counsel for the Debtor, on November 6, 2009, and the Debtor opposes the relief sought in the Motion.

*/s/ J. Michael Sutherland*
J. Michael Sutherland

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the *Motion of Cumberland 90, Ltd. to Lift the Automatic Stay or, Alternatively, for Adequate Protection* and the *Affidavit of George A. Field, III* were served on counsel for the Debtor and the U.S. Trustee as shown below, and on all parties listed on the attached Service List via ECF-electronic mail and/or U.S. Mail, postage prepaid, on this 6th day of November 2009. Pursuant to L.R. 4001, the *Affidavit of George A. Field, III* was not filed with this Court.

Lynn H. Butler
Brown, McCarroll, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

U.S. Trustee
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701

*/s/ J. Michael Sutherland*
J. Michael Sutherland

863232v.5

*In re DH Orchard Limited*
**Case No. 09-12154-cag-11**

**SERVICE LIST**

[864272]

DH Orchard Limited
6836 Bee Caves Road, #202
Austin, TX 78746

Lynn H. Butler
Brown, McCarroll, LLP
111 Congress Avenue, #1400
Austin, TX 78701

United States Trustee
903 San Jacinto Blvd, #230
Austin, TX 78701

Adams & Polunsky
8000 IH 10 West, #1145
San Antonio, TX 78230

Bexar County
c/o David G. Aelveot
711 Navarro, #300
San Antonio, TX 78205

Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX 78283

Blackhawk Development, LLC
6836 Bee Caves Road, #202
Austin, TX 78746

Carrington Coleman Sigman &
Blumenthal
Attn: Amanda Wright
5051 Westheimer, 11th Floor
Houston, TX 77056

Charlotte A. Novak
P.O. Box 1532
Veneta, OR 97487-1532

Cumberland 90, Ltd.
c/o J. Michael Sutherland
Carrington Coleman, et al.
901 Main Street, #5500
Dallas, TX 75202

Dale and Deborah Schneider
100 Kennedy Park Circle, #204
Fergus Falls, MN 56538

Dia Lucrii Global, LP
Attn: Jason D'Amato
10205 Westheimer, #500
Houston, TX 77042

Doss, Ltd.
Attn: Bill F. Knight
6300 Ridglea Place, #1107
Fort Worth, TX 76116

Ensemble Financial Services
179 Sully's Trail, #302
Pittsford, NY 14534

IMS Securities Inc.
10205 Westheimer, #500
Houston, TX 77042

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Orchard Limited GP, LLC
c/o Blackhawk Development LLC
6836 Bee Caves Road, #202
Austin, TX 78746

Pape-Dawson Engineering
555 E. Ramsey
San Antonio, TX 78216

Puritan Securities, Inc.
980 Post Road East, 2nd Floor
Westport, CT 06880

QA3 Financial Corp.
One Valmont Plaza, 4th Floor
P.O. Box 842966
Omaha, NE 68154

SCM Beta Partnership I, LP
5051 Westheimer, 11th Floor
Houston, TX 77056

T-Slash-Bar Livestock, Inc.
1920 Nacogdoches, #202
San Antonio, TX 78209

Virtus Securities, LLC
6836 Bee Cave Road, #208
Austin, TX 78746

Jackson Walker
100 Congress Avenue, #1100
Austin, TX 78746