IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| DH ORCHARD LTD | § | CASE NO. 09-12154-cag |
| | § | |
| | § | Chapter 11 |
| Debtor | § | |

## MOTION TO DISMISS CASE

**AN ORDER MAY BE ENTERED FOR THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE COURT WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF SERVICE OF THIS MOTION.**

**ANY SUCH OBJECTION MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.**

TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CHARLES F. MCVAY, United States Trustee for Region 7 ("UST"), and files this Motion to Dismiss Case and in support thereof respectfully shows the Court as follows:

1. The Court has jurisdiction of this matter under 28 U.S.C. § 134(a) and (b), 28 U.S.C. § 157(a) and (b)(1), 28 U.S.C. § 151, and 11 U.S.C. §1112(b). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B).

2. DH Orchard Limited ("Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code on August 3, 2009.

3. No trustee, examiner, or creditors committee has been appointed in this case.

4. The Debtor's sole asset was approximately 565 acres of real property situated in Bexar

County, Texas ("Property.")

5. The secured lender obtained relief from the automatic stay, posted the Property for foreclosure, and foreclosed its interest in the Property on February 2, 2010.

6. There is nothing left for the Debtor to reorganize. This case should be dismissed. The Debtor also will owe the U.S. Trustees Program the sum of $325.00 for quarterly fees for the first quarter of 2010. The Debtor should be ordered to pay those fees.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee prays that the Court dismiss this case, order the Debtor to pay the U.S. Trustees Program the sum of $325.00 within 10 days after this case is dismissed, and to grant such other and further relief to which the United States Trustee may justly be entitled.

Respectfully submitted,

CHARLES F. MCVAY
UNITED STATES TRUSTEE

By: /s/ Valerie L. Wenger
Henry G. Hobbs, Jr.
Assistant U.S. Trustee
SBOT No. 0790116
Valerie L. Wenger
Trial Attorney
SBOT No. 21176300
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701
(512) 916-5328
(512) 916-5331 (fax)
valerie.l.wenger@usdoj.gov

# CERTIFICATE OF SERVICE

       I hereby certify that I forwarded a true and correct copy of the foregoing Motion to Dismiss Case to the persons listed below by prepaid first class mail on this the 24th day of February, 2010.

                                      /s/ Valerie L. Wenger
                                      Valerie L. Wenger

Debtor:
DH Orchard Limited
6836 Bee Caves Road, Ste. 202
Austin, TX 78746

Debtor's counsel:
Lynn H. Butler
Brown McCarroll LLP
111 Congress Ave., Ste. 1400
Austin, TX 78701

and all persons listed on the Debtor's mailing matrix attached.

```
Label Matrix for local noticing            DH Orchard Limited                         U.S. BANKRUPTCY COURT
0542-1                                     6836 Bee Caves Road                        903 SAN JACINTO, SUITE 322
Case 09-12154-cag                          Suite 202                                  AUSTIN, TX 78701-2450
Western District of Texas                  Austin, TX 78746-5090
Austin
Wed Feb 24 11:06:53 CST 2010

Adams & Polumsky                           Bexar County                               Bexar County Tax Assessor
8000 IH 10 West, Suite 1145                c/o David G. Aelveot                       P.O. Box 839950
San Antonio, TX 78230-3881                 711 Navarro Suite 300                      San Antonio, TX 78283-3950
                                           San Antonio, TX 78205-1749


Blackhawk Development, LLC                 Carrington Coleman Sigman & Blumenthal     Carrington Coleman Sloman & Blumenthal
6836 Bee Caves Road, Suite 202             Attn: Amanda Wright                        901 Main Street, Suite 5500
Austin, TX 78746-5090                      5051 Westheimer, 11th Floor                Dallas, TX 75202-3767
                                           Houston, TX 77056-5622


Charlotte A. Novak                         Cumberland 90, Ltd.                        Cumberland 90, Ltd.
P.O. Box 1532                              100 Crescent Court, Suite 210              Attn: Carrington Coleman
Veneta, OR 97487-1532                      Dallas, TX 75201-7840                      100 Crescent Court, Suite 210
                                                                                      Dallas, TX 75201-7840


Cumberland 90, Ltd.                        Cumberland Properties, LLC                 Cumberland Properties, LLC
c/o J. Michael Sutherland                  c/o J. Michael Sutherland                  c/o J. Michael Sutherland
Carrington Coleman Sloman & Blumenthal,    Carrington Coleman Sloman & Blumenthal     Carrington Coleman, et al.
901 Main Street, Suite 5500                901 Main Street, Suite 5500                901 Main Street, #5500
Dallas, Texas 75202-3767                   Dallas 75202-3767                          Dallas, TX 75202-3767

Dale and Deborah Schneider                 Dia Lucrii Global, LP                      Doss, Ltd.
100 Kennedy Park Circle, Suite 204         Attn: Jason D'Amato                        Attn: Bill F. Knight
Fergus Falls, MN 56537-2426                10205 Westheimer, Suite 500                6300 Ridglea Place, Suite 1107
                                           Houston, TX 77042-3139                     Fort Worth, TX 76116-5737


Ensemble Financial Services                IMS Securities Inc.                        (p)INTERNAL REVENUE SERVICE
179 Sully's Trail, Suite 302               10205 Westheimer, Suite 500                CENTRALIZED INSOLVENCY OPERATIONS
Pittsford, NY 14534-4500                   Houston, TX 77042-3139                     PO BOX 21126
                                                                                      PHILADELPHIA PA 19114-0326


Orchard Limited GP, LLC                    Pape-Dawson Engineering                    Pape-Dawson Engineers, Inc.
c/o Blackhawk Development LLC              555 E. Ramsey                              c/o Chuck Shipman
6836 Bee Caves Road, Suite 202             San Antonio, TX 78216-4640                 Haynes and Boone, LLP
Austin, TX 78746-5090                                                                 112 E. Pecan, Suite 1200
                                                                                      San Antonio, TX 78205-1540


Puritan Securities, Inc.                   QA3 Financial Corp.                        SCM Beta Partnership I, LP
980 Post Road East, 2nd Floor              One Valmont Plaza, 4th Floor               5051 Westheimer, 11th Floor
Westport, CT 06880-5359                    P.O. Box 842966                            Houston, TX 77056-5622
                                           Omaha, NE 68154-5296


Sloman & Blumenthal, LLP                   T-Slash-Bar Livestock, Inc.                United States Trustee - AU12
Attn: Charles Jordan                       1920 Nacogdoches, Suite 202                United States Trustee
901 Main Street, Suite 5500                San Antonio, TX 78209-2241                 903 San Jacinto Blvd, Suite 230
Dallas, TX 75202-3767                                                                 Austin, TX 78701-2450
```

Virtus Securities, LLC  
6836 Bee Cave Road, Suite 208  
Austin, TX 78746-5090

Lynn H. Butler  
Brown, McCarroll, LLP  
111 Congress Avenue, Suite 1400  
Austin, TX 78701-4093

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service  
Centralized Insolvency Operations  
P.O. Box 21126  
Philadelphia, PA 19114-0326

End of Label Matrix  
Mailable recipients    31  
Bypassed recipients     0  
Total                  31